UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JIM JACOBS, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | Case No. 3:16-cv-30190-MGM |
| v. | ) | |
|  | ) | |
| BERKSHIRE BANK, | ) | |
|  | ) | |
| Defendant. | ) | |

## NOTICE OF CONFIDENTIALITY AGREEMENT

Defendant hereby notifies the Court that the parties have agreed to certain terms and conditions concerning the treatment of documents and other discovery materials in this case which contain confidential and/or proprietary business and personal information. The agreed-to terms and conditions are set forth in the Confidentiality Agreement attached hereto as Exhibit 1.

Dated: April 25, 2017

    Defendant, by its attorneys,
    BERKSHIRE BANK

    By its attorneys,


    /s/ Donald R. Frederico
    Donald R. Frederico, Esq., BBO No. 178220
    Michael J. Derderian, Esq. BBO No. 682757
    Pierce Atwood LLP
    100 Summer Street, Ste. 2250
    Boston, Massachusetts 02110
    (617) 488-8100

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on April 25, 2017

                                            /s/ Donald R. Frederico