**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **JIM JACOBS**<br><br>                              **Plaintiff,**<br><br>v.<br><br>**BERKSHIRE BANK**<br><br>                              **Defendant.** | **CIVIL ACTION**<br>**NO. 3:16-CV-30190-MGM** |

## STIPULATION OF DISMISSAL

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant stipulate to the voluntarily dismissal of this action with prejudice and without costs.

Dated: May 24, 2017

| JIM JACOBS | BERKSHIRE BANK |
|---|---|
| By his attorney, | By its attorney, |
| /s/ Lucy Prashker | /s/ Donald Frederico |
| Lucy Prashker (BBO # 405330) | Donald Frederico (BBO # 178220) |
| Cain Hibbard & Myers, PC | Pierce Atwood LLP |
| 309 Main Street | 100 Summer Street, Suite 2250 |
| Great Barrington, MA  01230 | Boston, MA 02110 |
| (413) 443-4771 | (617) 488-8100 |
| lprashker@cainhibbard.com | dfrederico@pierceatwood.com |

**CERTIFICATE OF SERVICE**

      I, Lucy Prashker, hereby certify that on May 24, 2017, this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


/s/ Lucy Prashker
Lucy Prashker